# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

EMERSON BROWN and
MARGIE ANN BROWN,

          Plaintiffs,

-vs-                                    Case No. 5:16-cv-113-Oc-34PRL

SANTANDER CONSUMER USA, INC.,

          Defendant.

_____

## O R D E R

**THIS CAUSE** is before the Court on the Joint Stipulation to Arbitrate (Dkt. No. 5; Stipulation) filed on March 21, 2016. In the Stipulation, the parties advise the Court that they have agreed to submit this matter to final, binding arbitration and dismiss the case at this time. See Motion at 1. Accordingly, it is hereby

**ORDERED:**

1. Plaintiffs shall submit their claims to final, binding arbitration as provided for in the governing Arbitration Agreement.

2. This case is **DISMISSED**.

3. Each party shall bear its own fees and costs.

4.	The Clerk of the Court is **DIRECTED** to terminate any pending motions or deadlines and close the file.

**DONE AND ORDERED** in Chambers, this 23rd day of March, 2016.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record